Opinion issued June
7, 2012.








 



 

 

 









 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00709-CV

____________

 

PETROLEUM WHOLESALE, L.P.,
D/B/A SUNMART 110, Appellant

 

V.

 

CADILLACS OF HOUSTON ASSOCIATES, INC., Appellee

 

 



On Appeal from the 129th District Court 

Harris County, Texas

Trial Court Cause No. 2009-38931

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed May 16, 2011.  The parties have filed a joint motion to “vacate
the trial court’s judgment and dismiss the entire case, pursuant to Texas Rule
of Appellate Procedure 43.2(e).”  See Tex.
R. App. P. 42.1, 43.2(e).
 

The motion is granted.  We render judgment vacating the trial court’s
judgment and dismissing the case.  See
Tex. R. App. P. 42.1(a)(2), 43.2(e).  We
dismiss any other pending motions as moot.  

                                                  PER CURIAM

 

Panel consists of Justices
Bland, Massengale, and Brown.